# EXHIBIT M



Trent Webb

2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**d** 816.559.2320
**f** 816.421.5547
bwebb@shb.com

April 21, 2021

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**
**j@ring.com**

Jamie Siminoff
CEO
Ring LLC
1523 26th Street
Santa Monica, CA 90404

    Re: **Ring's Infringement of ADT's Registered Blue Octagon Mark (U.S. Reg. Nos.: 5672406, 3906116, 3902451, 3511264, 3511262, 3421798, 3335240, 3329547, 3324938, 2927154, 2857796, and 2399377**)

Dear Mr. Siminoff:

Our firm represents ADT Inc. and its affiliated companies ("ADT"). As you are aware, ADT is the longest-established, largest and best-known provider of home security services and equipment in the United States. For over thirty years, ADT has used the Blue Octagon mark in connection with its home security services and products. ADT has invested heavily in creating value in its Blue Octagon, in the association between the Blue Octagon and the high quality products and services that ADT offers its customers, and in the widespread commercial success of its products and services under that brand. Through this investment, ADT has amassed a tremendous amount of goodwill in connection with the Blue Octagon, along with the exclusive right to use it for security offerings. As a result, the public strongly associates the Blue Octagon with ADT.



April 21, 2021
Page 2

Given this, and your longstanding familiarity with the ADT brand, ADT was surprised to learn that Ring very recently decided to adopt ADT's iconic Blue Octagon to let "everyone know you have a Ring alarm system inside" – as noted in your recent commercial.[1] Below is an image from that Ring commercial, next to an image of ADT's iconic mark:




(Image from the cited Ring commercial, next to an image of ADT's iconic logo)

The Ring Alarm Outdoor Siren (shown below) clearly incorporates ADT's Blue Octagon, and appears to be currently available for purchase on the Ring website and retail outlets, such as Amazon and Home Depot:[2]



---

[1] https://www.youtube.com/watch?v=AQjtZlwD6tI
[2] https://ring.com/products/alarm-outdoor-siren; https://www.amazon.com/Ring-Alarm-Outdoor-Siren/dp/B08LYCYZFY; and https://www.homedepot.com/p/Ring-Alarm-Outdoor-Siren-B08LYCYZFY/316383706

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | NEW YORK |
ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.



April 21, 2021
Page 3

The copying of ADT's Blue Octagon and the striking similarity of Ring's infringing designations to ADT's mark make clear that it is Ring's intent to associate its products with ADT in order to misappropriate and benefit from the goodwill associated with ADT's brand and reputation.

Ring's unauthorized use of the infringing designations will cause confusion with ADT's customers and the public at large. It will cause them to mistakenly believe that there is an affiliation or association between Ring and ADT. The infringing designations mislead consumers to believe that Ring is connected with or endorsed by ADT, or that Ring's products are genuine ADT products when, in fact, they are not. This type of confusion seriously undermines the goodwill that ADT has cultivated in the Blue Octagon Marks and irreparably harms ADT.

Ring's actions are in violation of federal trademark law, as well as other laws. ADT hereby demands that Ring immediately cease all use of the infringing designations and all use of ADT's Blue Octagon for security related products and services. ADT also demands that Ring immediately require all of its retail partners, including, but not limited to, Amazon and Home Depot, to cease all use of the infringing designations, and to remove all reference to the infringing designations on their websites and in any of their retail stores. In addition, ADT hereby demands destruction of all existing materials/products that use the infringing designations and demands an accounting of all sales of all products/services that used the infringing designations.

**You must verify in writing within five (5) days that Ring will comply with all of these demands.** ADT is currently assessing the extent of harm and losses incurred as a result of your actions. If we do not receive your written confirmation of compliance with all of our demands in the allotted time, ADT reserves its right to take action against Ring. This may include seeking immediate injunctive relief, as well as any damages sustained by ADT including, but not limited to, its lost profits, its attorney's fees, and treble damages based on the wilful and blatant nature of Ring's infringement.

Thank you for your prompt attention to this matter.



April 21, 2021
Page 4

Sincerely,

B. Trent Webb

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | NEW YORK |
ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C.